B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Grease Environmental** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-4186568** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**8916 S. Octavia**<br>**Bridgeview, IL**<br><br>ZIP Code **60455** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **8916 S. Octavia**<br>**Bridgeview, IL 60455** |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green Grease Environmental** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Green Grease Environmental**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Richard N. Golding**
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**The Golding Law Offices, P.C.**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**

Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**November 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Maureen Demma**
Signature of Authorized Individual

**Maureen Demma**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 25, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Green Grease Environmental**                                      Case No. _____
                                              Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Capital Financial Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63139-0448** | **American Capital Financial Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63139-0448** | **Par-Kan Co. equipment:**<br>**(18) large grease hopper w/skids;**<br>**(9) GHL steel lid CD assembly;**<br>**(9) GHL steel end dump assembly;**<br>**(16) medium grease hopper** |  | **13,800.00**<br><br>**(12,500.00 secured)** |
| **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **Credit card** | **Unliquidated** | **2,626.70** |
| **Capital One Bank ( USA ) N.A.**<br>**Bankruptcy Notices**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | **Capital One Bank ( USA ) N.A.**<br>**Bankruptcy Notices**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | **Credit card** | **Unliquidated** | **11,368.00** |
| **Champion Energy LLC**<br>**1500 Rankin Road**<br>**Suite 200**<br>**Houston, TX 77073** | **Champion Energy LLC**<br>**1500 Rankin Road**<br>**Suite 200**<br>**Houston, TX 77073** | **utility** | **Unliquidated** | **328.66** |
| **Douglas Komen**<br>**PMB 312**<br>**Rancho Santa Fe, CA 92067** | **Douglas Komen**<br>**PMB 312**<br>**Rancho Santa Fe, CA 92067** | **expenses incurred while conducting due diligence** | **Unliquidated** | **5,880.00** |
| **Downers Grove Sanitary District**<br>**2710 Curtiss St.**<br>**PO Box 1412**<br>**Downers Grove, IL 60515-0703** | **Downers Grove Sanitary District**<br>**2710 Curtiss St.**<br>**PO Box 1412**<br>**Downers Grove, IL 60515-0703** | **utility** | **Unliquidated** | **Unknown** |
| **Gordo Sales, Inc.**<br>**2262 E 2150 N**<br>**Layton, UT 84040** | **Gordo Sales, Inc.**<br>**2262 E 2150 N**<br>**Layton, UT 84040** | **Trade debt** | **Unliquidated Disputed** | **1,933.50** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Green Grease Environmental**        Case No.  _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **New Pig**<br>**1 Pork Ave.**<br>**Tipton, PA 16684-0304** | **New Pig**<br>**1 Pork Ave.**<br>**Tipton, PA 16684-0304** | **Trade debt** | | **424.13** |
| **ServiceMax**<br>**490 W North Frontage Road**<br>**Bolingbrook, IL 60440** | **ServiceMax**<br>**490 W North Frontage Road**<br>**Bolingbrook, IL 60440** | **Trade debt** | **Disputed** | **237.50** |
| **Speedway**<br>**PO Box 1590**<br>**Springfield, OH 45501** | **Speedway**<br>**PO Box 1590**<br>**Springfield, OH 45501** | **Credit card** | **Unliquidated** | **Unknown** |
| **Todd Galpin**<br>**1332 Lucile Ave.**<br>**Los Angeles, CA 90026** | **Todd Galpin**<br>**1332 Lucile Ave.**<br>**Los Angeles, CA 90026** | **Third Coast Commodities** | **Contingent Unliquidated** | **Unknown**<br><br>**(Unknown secured)** |
| **Tressler LLP**<br>**233 S. Wacker Dr., 22nd Flr.**<br>**Chicago, IL 60606** | **Tressler LLP**<br>**233 S. Wacker Dr., 22nd Flr.**<br>**Chicago, IL 60606** | **Professional Fees** | **Unliquidated** | **35,500.00** |
| **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** | **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** | **wireless service in name of Green Grease Environmental Services LLC but used by Green Grease Environmental Inc.** | **Contingent Disputed** | **652.63** |
| **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** | **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** | **Trade debt - reimbursement for sales trip** | **Contingent Unliquidated Disputed** | **7,000.00** |
| **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** | **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** | **2003 Hino flatbed tuck**<br>**VIN JHBFB4JE831S11037**<br>**Title held by WOR** | | **12,742.16**<br><br>**(12,000.00 secured)** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Green Grease Environmental**                 Case No.  _____
                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 25, 2015**  _____       Signature   **/s/ Maureen Demma**
                                                  **Maureen Demma**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Green Grease Environmental_____,   Case No. _____

                                            Debtor

                                            Chapter_____ __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 75,082.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 155,678.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 9,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 345,788.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 75,082.00 | | |
| Total Liabilities | | | | 510,467.03 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Green Grease Environmental**

,

Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Green Grease Environmental**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Green Grease Environmental** ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | AFM Properties (landlord) | - | 3,000.00 |
| | | Champion Energy LLC (power) | - | 300.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          3,300.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Green Grease Environmental**                          ,   Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Third Coast Commodites** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Green Grease Environmental**                                        ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Hino flatbed tuck VIN JHBFB4JE831S11037 Title held by WOR** | - | 12,000.00 |
| | | **2013 Dodge pickup under installment contract sale to John Paul Mack** | - | 14,432.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **stationery and prepaid postage** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **100 feet of 3" black rubber hose** | - | 1,000.00 |
| | | **misc. valves and fittings** | - | 500.00 |
| | | **100 feet of green light duty hose** | - | 250.00 |
| | | **cleaning supplies** | - | 1,000.00 |
| | | **Par-Kan Co. equipment: (18) large grease hopper w/skids; (9) GHL steel lid CD assembly; (9) GHL steel end dump assembly; (16) medium grease hopper w/skids; (8) GHM center dump lid assembly; (9) GHL steel lid ED assembly; (2) grease container 106 gal; (2) GHS center dump lid assembly; (3) liner, grease poly 60" x 43" x 36"** | - | 12,500.00 |

Sub-Total >         42,182.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Green Grease Environmental**                              ,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **10 70 gallon Moeller carts** | - | **1,500.00** |
| | | **1 pallet of Oil Dri** | - | **500.00** |
| | | **6 rolls of Pig Paper** | - | **500.00** |
| | | **50 padlocks** | - | **250.00** |
| | | **5 50 gallon black carts** | - | **500.00** |
| | | **1 filtered drum lid** | - | **100.00** |
| | | **20 Par Kan bins** | - | **8,000.00** |
| | | **1 filter cartridge** | - | **250.00** |
| | | **1 Custom Element Heat** | - | **2,000.00** |
| | | **3 Thermo Couplers** | - | **2,000.00** |
| 30. Inventory. | | **10,000 gallons of used cooking oil** | - | **14,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | 29,600.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 75,082.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re  **Green Grease Environmental**                                                    Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx9922**<br><br>**American Capital Financial Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63139-0448** | X | - | | **5/28/15**<br>**Purchase Money Security**<br>**Par-Kan Co. equipment:**<br>**(18) large grease hopper w/skids;**<br>**(9) GHL steel lid CD assembly;**<br>**(9) GHL steel end dump assembly;**<br>**(16) medium grease hopper w/skids;**<br>**(8) GHM center dump lid assembly;** | | | | | |
| | | | | Value $          12,500.00 | | | | 13,800.00 | 1,300.00 |
| Account No.<br><br>**Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | | | | **Jan 2012 - Dec 2014**<br><br>**Blanket Lien Upon All Assets**<br><br>**10,000 gallons of used cooking oil** | | X | | | |
| | | | | Value $          14,000.00 | | | | 121,654.00 | 107,654.00 |
| Account No.<br><br>**Todd Galpin**<br>**1332 Lucile Ave.**<br>**Los Angeles, CA 90026** | | - | | **lien on cash value**<br><br>**Third Coast Commodites** | X | X | | | |
| | | | | Value $          Unknown | | | | Unknown | Unknown |
| Account No. **xxxxx8385**<br><br>**US Bank**<br>**Illinois-Chicago Indirect Lending**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** | X | - | | **motor vehichle lien**<br><br>**2013 Dodge pickup**<br>**under installment contract sale to John Paul Mack** | | | | | |
| | | | | Value $          14,432.00 | | | | 7,482.73 | 0.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)

| 142,936.73 | 108,954.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Green Grease Environmental**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Waste Oil Recyclers** <br> **PO Box 257** <br> **Modena, PA 19358** | X | - | **May 2012** <br><br> **motor vehichle lien** <br><br> **2003 Hino flatbed tuck** <br> **VIN JHBFB4JE831S11037** <br> **Title held by WOR** <br> Value $        **12,000.00** | | | | 12,742.16 | 742.16 |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 12,742.16 | 742.16 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 155,678.89 | 109,696.16 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Green Grease Environmental**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Green Grease Environmental**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Anthony Demma** 141 W. Jackson Blvd. Ste. 1710A Chicago, IL 60604 | - | | **Jan 2012 - Dec 2014** **unpaid wages** | | | | 9,000.00 | 9,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | 9,000.00 9,000.00 | 9,000.00 0.00 |
| | | | | Total (Report on Summary of Schedules) | | 9,000.00 | 9,000.00 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Green Grease Environmental**

Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Credit card | | | | |
| **American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540** | X | - | | | | | X | | 2,626.70 |
| Account No. | | | | | Jan 2012 - Dec 2014 | | | | |
| **Anthony Demma 141 W. Jackson Blvd. Ste. 1710A Chicago, IL 60604** | | - | | | unsecured line of credit | | | | 269,964.02 |
| Account No. | | | | | Jan 2012 - Dec 2014 | | | | |
| **Anthony Demma 141 W. Jackson Blvd. Ste. 1710A Chicago, IL 60604** | | - | | | reimbursement of personal credit card used for business | | | | 9,873.00 |
| Account No. | | | | | Credit card | | | | |
| **Capital One Bank ( USA ) N.A. Bankruptcy Notices PO Box 30285 Salt Lake City, UT 84130-0285** | X | - | | | | | X | | 11,368.00 |

__3__ continuation sheets attached

Subtotal
(Total of this page)                                    293,831.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Green Grease Environmental** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility | | | | |
| Champion Energy LLC 1500 Rankin Road Suite 200 Houston, TX 77073 | | - | | | X | | 328.66 |
| Account No. | | | Jan 2014 - Sep 2014 | | | | |
| Douglas Komen PMB 312 Rancho Santa Fe, CA 92067 | X | - | expenses incurred while conducting due diligence | | X | | 5,880.00 |
| Account No. | | | utility | | | | |
| Downers Grove Sanitary District 2710 Curtiss St. PO Box 1412 Downers Grove, IL 60515-0703 | | - | | | X | | Unknown |
| Account No. | | | Trade debt | | | | |
| Gordo Sales, Inc. 2262 E 2150 N Layton, UT 84040 | | - | | | X | X | 1,933.50 |
| Account No. xx xx x8174 | | | Included for notice purposes only. Party is plaintiff in pending lawsuit seeking injunction against and/or dissolution of Debtor allegedly arising from disputed equity claim. | X | X | X | |
| Mark Donahue c/o Mark J. Bereyso & Assoc. P.C. 10 S. LaSalle St., Ste. 3300 Chicago, IL 60603 | | - | | | | | 0.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,142.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Grease Environmental**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **New Pig** **1 Pork Ave.** **Tipton, PA 16684-0304** | | - | | | | | | 424.13 |
| Account No. | | | | Trade debt | | | | |
| **ServiceMax** **490 W North Frontage Road** **Bolingbrook, IL 60440** | | - | | | | | X | 237.50 |
| Account No. | | | | Credit card | | | | |
| **Speedway** **PO Box 1590** **Springfield, OH 45501** | | - | | | X | | | Unknown |
| Account No. | | | | Professional Fees | | | | |
| **Tressler LLP** **233 S. Wacker Dr., 22nd Flr.** **Chicago, IL 60606** | | - | | | X | | | 35,500.00 |
| Account No. xxxxxxxx-x0001 | | | | wireless service in name of Green Grease Environmental Services LLC but used by Green Grease Environmental Inc. | | | | |
| **Verizon Wireless** **Bankruptcy Dept.** **P.O. Box 3397** **Bloomington, IL 61702** | X | - | | | X | | X | 652.63 |

Sheet no.  __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    36,814.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Grease Environmental**                                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt - reimbursement for sales trip | | | | |
| **Waste Oil Recyclers** **PO Box 257** **Modena, PA 19358** | - | | | | X | X | X | |
| | | | | | | | | **7,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **7,000.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **345,788.14** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Green Grease Environmental**                                    ,   Case No. _____

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **7 Sandwich Shop**<br>**1053 Lake St**<br>**Oak Park, IL 60301** | **contract for oil disposal** |
| **Abbey Pub & Restaurant**<br>**3420 W Grace St**<br>**Chicago, IL 60618** | **contract for oil disposal** |
| **Acadia**<br>**1639 S Wabash Ave**<br>**Chicago, IL 60616** | **contract for oil disposal** |
| **Adriatic Cafe**<br>**5553 N Clark St**<br>**Chicago, IL 60640** | **contract for oil disposal** |
| **AFM Properties LLC**<br>**8908 S. Harlem Ave.**<br>**Bridgeview, IL 60455** | **lease of real estate 8916 S. Octavia Ave.,**<br>**Bridgeview IL,**<br>**through 3/15/16, $1,750/month.** |
| **Als Beef-Tinley Park**<br>**7132 183 Rd St**<br>**Tinley Park, IL 60477** | **contract for oil disposal** |
| **Ani**<br>**3056 N Lincoln Ave**<br>**Chicago, IL 60657** | **contract for oil disposal** |

**11**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

In re    **Green Grease Environmental** _____ ,   Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Leased equipment**<br><br>**entered 1/1/15**<br>**$300,000.00 total, 20x$15,000 due quarterly**<br>**starting 3/6/15**<br>**Lease end purchase price $25,000.00**<br><br>**300 Steel Park Kan bins, Moller plastic carts, and**<br>**55g drums**<br>**1 2002 International 4300 pumper truck**<br>**2 waste transfer pumps**<br>**1 Forklift**<br>**19,500 gallons of carbon fiber, steel, and**<br>**polyurethane tanks**<br>**200 feet of black rubber hose**<br>**50+ 3" valves and connectors**<br>**30 foot pallet rack**<br>**pallet jack**<br>**misc. power and hand tools: screwdrivers; power**<br>**drills & saws; hammer & mallet; pipe wrenches;**<br>**bolt cutters; socket set; pressure washer; misc**<br>**other tools**<br>**office furniture: 3 desks, 5 chairs, steel shelves**<br>**office computers: HP personal desktop, Samsung**<br>**printer, Neat scanner** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Lease of equipment acquired from CBF.**<br>**Expires September 2020.  $325.00/month**<br>**30 Par Kan collection bins (28 x 200 gal; 2 x 100**<br>**gal)** |
| **Atwood Cafe**<br>**1 W. Washington**<br>**Chicago, IL 60602** | **contract for oil disposal** |
| **Beer on Clark**<br>**3415 N Clark St**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **Bernies Restaurant**<br>**6643 S Cicero Ave**<br>**Chicago, IL 60638** | **contract for oil disposal** |
| **Black Rock Pub**<br>**3614 N Damen Ave**<br>**Chicago, IL 60618** | **contract for oil disposal** |
| **Blackbird**<br>**619 W Randolph St**<br>**Chicago, IL 60661** | **contract for oil disposal** |
| **Blackies**<br>**755 S Clark St**<br>**Chicago, IL 60605** | **contract for oil disposal** |

Sheet ___1___ of ___11___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    **Green Grease Environmental**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Blue Frog Bar & Grill**<br>**676 N La Salle Dr**<br>**Chicago, IL 60654** | **contract for oil disposal** |
| **Boiler Room**<br>**2210 N California Ave**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Boltwood**<br>**804 Davis St**<br>**Evanston, IL 60201** | **contract for oil disposal** |
| **BRGR in Gladstone Park**<br>**5691 N Milwaukee Ave**<br>**Chicago, IL 60646** | **contract for oil disposal** |
| **Cafe Touche**<br>**6731 N Northwest Hwy**<br>**Chicago, IL 60631** | **contract for oil disposal** |
| **Calumet Country Club**<br>**P.O. Box 1039**<br>**Homewood, IL 60430** | **contract for oil disposal** |
| **Chans King Wok**<br>**2836 S Wells St**<br>**Chicago, IL 60616** | **contract for oil disposal** |
| **Chuck Wagon Inc**<br>**1120 Central Ave**<br>**Wilmette, IL 60091** | **contract for oil disposal** |
| **Comcast**<br>**350 N Wolf Road**<br>**Mount Prospect, IL 60056** | **account ending in x5425**<br><br>**ISP & phone service, $135/mo through 6/2017** |
| **Congress Plaza Hotel**<br>**520 S. Michigan Ave**<br>**Chicago, IL 60605** | **contract for oil disposal** |
| **Daddys Pizza**<br>**4242 W Fullerton Ave**<br>**Chicago, IL 60639** | **contract for oil disposal** |
| **Dana Hotel and Spa**<br>**660 N State St**<br>**Chicago, IL 60654** | **contract for oil disposal** |
| **Declans Irish Pub**<br>**1240 N Wells St**<br>**Chicago, IL 60610** | **contract for oil disposal** |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    **Green Grease Environmental**                                          ,    Case No. _____
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Doreens Pizzeria**<br>**13201 S Baltimore Ave**<br>**Chicago, IL 60633** | **contract for oil disposal** |
| **Doreens Pizzeria Dyer**<br>**726 Joliet St.**<br>**Dyer, IN 46311** | **contract for oil disposal** |
| **Dragon Inn**<br>**2057 Ridge Road**<br>**Homewood, IL 60430** | **contract for oil disposal** |
| **Dry Hop**<br>**3155 N. Broadway**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **Dugout**<br>**950 W. Addison**<br>**Chicago, IL 60613** | **contract for oil disposal** |
| **Durbins of Burbank**<br>**29 A Lucus Dr.**<br>**Palos Hills, IL 60465** | **contract for oil disposal** |
| **Durbins of Evergreen Park**<br>**29 A Lucus Dr.**<br>**Palos Hills, IL 60465** | **contract for oil disposal** |
| **Durbins of Frankfort**<br>**29 A Lucus Dr.**<br>**Palos Hills, IL 60465** | **contract for oil disposal** |
| **Durbins of Midlothian**<br>**29 A Lucus Dr.**<br>**Palos Hills, IL 60465** | **contract for oil disposal** |
| **Durbins of Palos Hills**<br>**29 A Lucus Dr.**<br>**Palos Hills, IL 60465** | **contract for oil disposal** |
| **Far East Kitchen**<br>**6966 N Glenwood Ave**<br>**Chicago, IL 60626** | **contract for oil disposal** |
| **Farmhouse Evanston**<br>**703 Church St.**<br>**Evanston, IL 60201** | **contract for oil disposal** |
| **Ferris and Jack**<br>**166 E. Superior**<br>**Chicago, IL 60611** | **contract for oil disposal** |

Sheet __3__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Green Grease Environmental**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Flub A Dub Chub**<br>**3021 N. Broadway**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **Fondue Stube**<br>**2717 W Peterson Ave**<br>**Chicago, IL 60659** | **contract for oil disposal** |
| **Ford Motor**<br>**38755 Hills Tech Drive**<br>**Farmington, MI 48331** | **contract for oil disposal** |
| **Frontier**<br>**1072 N. Milwaukee**<br>**Chicago, IL 60642** | **contract for oil disposal** |
| **Fungs Chinese Mandarin**<br>**1343 W. Morse Ave**<br>**Chicago, IL 60626** | **contract for oil disposal** |
| **Gamekeepers Tavern & Grill**<br>**1935 N. Lincoln**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Glenwood Oaks**<br>**106 N Main St**<br>**Glenwood, IL 60425** | **contract for oil disposal** |
| **Go Bananas**<br>**4516 N. Harlem Ave.**<br>**Chicago, IL 60607** | **contract for oil disposal** |
| **Golden Bear Restaurant**<br>**12001 S Cicero Ave**<br>**Alsip, IL 60803** | **contract for oil disposal** |
| **Grand River Bar & Grill**<br>**3032 N Lincoln Ave**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **Grill and Garden**<br>**5318 N Broadway St**<br>**Chicago, IL 60640** | **contract for oil disposal** |
| **GTs Fast Food**<br>**5016 N Pulaski Rd**<br>**Chicago, IL 60630** | **contract for oil disposal** |
| **Hash**<br>**1357 N. Western Ave.**<br>**Chicago, IL 60622** | **contract for oil disposal** |

Sheet __**4**__ of __**11**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Green Grease Environmental**                                    ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hotel Monaco / Southwater Kitchen**<br>**225 N Wabash Ave**<br>**Chicago, IL 60601** | **contract for oil disposal** |
| **HQ**<br>**4114 N Kedzie Ave**<br>**Chicago, IL 60618** | **contract for oil disposal** |
| **Jean Paul Mack**<br>**8546 Gainesville Drive**<br>**Indianapolis, IN 46227** | **installment contract for sale of Dodge pickup truck** |
| **Kaiser Tiger**<br>**1415 W. Randolph St.**<br>**Chicago, IL 60601** | **contract for oil disposal** |
| **Kinderhook Tap Llc**<br>**800 S Oak Park Ave**<br>**Oak Park, IL 60304** | **contract for oil disposal** |
| **Kingston Mines**<br>**2548 N Halsted St**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Krapils The Great Steak**<br>**6600 W 111Th St Ste 2**<br>**Worth, IL 60482** | **contract for oil disposal** |
| **Lans Old Town**<br>**1507 N. Sedwick**<br>**Chicago, IL 60610** | **contract for oil disposal** |
| **Leadbelly Portage Park**<br>**5739 Irving Park**<br>**Chicago, IL 60634** | **contract for oil disposal** |
| **Lees Wok**<br>**1437 W Montrose Ave**<br>**Chicago, IL 60613** | **contract for oil disposal** |
| **Limelight Catering**<br>**2000 N. Racine**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Lions Den Eatery**<br>**4203 W Cermac**<br>**Chicago, IL 60623** | **contract for oil disposal** |
| **Local Option Inc**<br>**1102 W Webster Ave Ste 1**<br>**Chicago, IL 60614** | **contract for oil disposal** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Green Grease Environmental** _____,   Case No. _____

_____Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lotties Pub**<br>**1925 W Cortland St**<br>**Chicago, IL 60622** | **contract for oil disposal** |
| **Lula Cafe**<br>**2537 N Kedzie Blvd**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Main Street Exchange Pizza Bar and**<br>**25346 Dixie Hwy**<br>**Crete, IL 60417** | **contract for oil disposal** |
| **McCormick**<br>**2301 S. Lake Shore Drive**<br>**Chicago, IL 60616** | **contract for oil disposal** |
| **McGills Bar and Grill**<br>**4553 N Pulaski**<br>**Chicago, IL 60630** | **contract for oil disposal** |
| **Melrose Park Fire Dept Lake Street**<br>**3601 W. Lake St.**<br>**Melrose Park, IL 60160** | **contract for oil disposal** |
| **Melrose Park Fire Dept N 15st St 2**<br>**1968 N. 15th Ave.**<br>**Melrose Park, IL 60160** | **contract for oil disposal** |
| **Merchandise Mart**<br>**350 West Mart Center Drive**<br>**Chicago, IL 60654** | **contract for oil disposal** |
| **Mojo**<br>**2958 W Irving Park Rd**<br>**Chicago, IL 60618** | **contract for oil disposal** |
| **Mollies Public House**<br>**31 Forest Ave.**<br>**Riverside, IL 60546** | **contract for oil disposal** |
| **Monks Pub**<br>**205 W Lake St**<br>**Chicago, IL 60606** | **contract for oil disposal** |
| **Mott Street**<br>**1401 N Ashland Ave**<br>**Chicago, IL 60622** | **contract for oil disposal** |
| **Nicks Restaurant**<br>**1168 Wilmette Ave**<br>**Wilmette, IL 60091** | **contract for oil disposal** |

Sheet __**6**__ of __**11**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Green Grease Environmental**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ohare Airport Terminal 5**<br>**10000 West O'Hare Avenue**<br>**Chicago, IL 60666** | **contract for oil disposal** |
| **Old 5th**<br>**1027 W. Madison**<br>**Chicago, IL 60607** | **contract for oil disposal** |
| **Old Town Saloon Bar**<br>**1208 N. Wells St.**<br>**Chicago, IL 60610** | **contract for oil disposal** |
| **Osteria Langhe**<br>**2824 W Armitage Ave**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Paddy Longs**<br>**1028 W. Diversey**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Parts and Labor**<br>**2700 N Milwaukee Ave**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Peaceful New Beginnings**<br>**345 S. Cicero**<br>**Chicago, IL 60644** | **contract for oil disposal** |
| **Pita Heaven**<br>**1676 W Ogden**<br>**Chicago, IL 60612** | **contract for oil disposal** |
| **Prairie Green at Fays Point**<br>**1546 W Water St**<br>**Blue Island, IL 60406** | **contract for oil disposal** |
| **Prasino**<br>**93 S La Grange Rd**<br>**La Grange, IL 60525** | **contract for oil disposal** |
| **Quick Bite**<br>**5155 N Western Ave**<br>**Chicago, IL 60625** | **contract for oil disposal** |
| **Range**<br>**1119 W Webster Ave**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Red Lion Pub**<br>**2446 N Lincoln**<br>**Chicago, IL 60614** | **contract for oil disposal** |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Green Grease Environmental**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Richs Pizza Joint**<br>**7020 183Rd St**<br>**Tinley Park, IL 60477** | **contract for oil disposal** |
| **Ridgemoor Country Club**<br>**6601 W Gunnison St**<br>**Harwood Heights, IL 60706** | **contract for oil disposal** |
| **Schneider Electric**<br>**1415 S. Roselle Rd**<br>**Palatine, IL 60067** | **contract for oil disposal** |
| **Schwa Restaurant**<br>**1466 N Ashland Ave**<br>**Chicago, IL 60622** | **contract for oil disposal** |
| **Scofflaw**<br>**3201 W Armitage Ave**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Scrementi's Italian Grill**<br>**9716 191st**<br>**Mokena, IL 60448** | **contract for oil disposal** |
| **Sedgwicks Bar & Grill**<br>**1935 N Sedgwick St**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Shamrock Club Inc**<br>**210 W Kinzie St Fl 1**<br>**Chicago, IL 60654** | **contract for oil disposal** |
| **Silliker**<br>**3600 Eagle Nest Drive**<br>**Crete, IL 60417** | **contract for oil disposal** |
| **Six Corners Bistro**<br>**3930 N Cicero**<br>**Chicago, IL 60641** | **contract for oil disposal** |
| **Smoked on Rose**<br>**3531 Rose Street**<br>**Franklin Park, IL 60131** | **contract for oil disposal** |
| **State Street Restaurant**<br>**1118 S. State Street**<br>**Lockport, IL 60441** | **contract for oil disposal** |
| **Sushi Naniwa Inc**<br>**607 N Wells St**<br>**Chicago, IL 60654** | **contract for oil disposal** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Green Grease Environmental**                                              ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **T2P LLC**<br>**PO Box 257**<br>**Modena, PA 19358** | **ongoing software license. monthly amount varies based on number of active customers. average between $250-$300 per month.** |
| **Tequila Restaurante**<br>**370 Joliet Rd**<br>**Dyer, IN 46311** | **contract for oil disposal** |
| **The Dock**<br>**7103 N Birchwood**<br>**Niles, IL 60714** | **contract for oil disposal** |
| **The Dog Joint**<br>**350 W. Armitage**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **The Garage**<br>**116 N Aberdeen**<br>**Chicago, IL 60607** | **contract for oil disposal** |
| **The Junction Diner**<br>**7401 W Madison St**<br>**Forest Park, IL 60130** | **contract for oil disposal** |
| **The Mercy Circle**<br>**3659 W 99th St**<br>**Chicago, IL 60655** | **contract for oil disposal** |
| **The Original Mr Beef/Orland Park In**<br>**12320 W 143Rd St**<br>**Homer Glen, IL 60491** | **contract for oil disposal** |
| **The Pony**<br>**1638 W. Belmont**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **The Radler**<br>**2375 N Milwaukee**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Three Harmony Restaurant**<br>**4546 N Magnolia Ave**<br>**Chicago, IL 60640** | **contract for oil disposal** |
| **Todd Galpin**<br>**1332 Lucile Ave.**<br>**Los Angeles, CA 90026** | **contract for payments on residuals from independent sales. residuals paid on each gallon collected from accounts he brought in. Approximately $5,000 per year.** |
| **Township**<br>**2200 N. California**<br>**Chicago, IL 60647** | **contract for oil disposal** |

Sheet   __9__   of   __11__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Green Grease Environmental**                                         ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tsukiji Fish Market**<br>**1156 W Grand Ave**<br>**Chicago, IL 60642** | **contract for oil disposal** |
| **Umami Sushi**<br>**4626 N. Cumberland**<br>**Chicago, IL 60656** | **contract for oil disposal** |
| **Uncommon Ground (Wrigley)**<br>**3800 N Clark**<br>**Chicago, IL 60613** | **contract for oil disposal** |
| **Van Phat Chinese Restaurant**<br>**2750 N Kimball Ave**<br>**Chicago, IL 60647** | **contract for oil disposal** |
| **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** | **contract through 9/2017. contract between Green Grease Environmental Services LLC and Verizon, therefore Green Grease Environmental Inc.'s liability is disputed** |
| **VN Tofu and Fast Food**<br>**1024 W Argyle St**<br>**Chicago, IL 60640** | **contract for oil disposal** |
| **Walts Food Centers Beecher**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers Crete**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers Dyer**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers Frankfort**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers Homewood**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers South Holland**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |
| **Walts Food Centers Tinley Park**<br>**330 W. Taft**<br>**South Holland, IL 60473** | **contract for oil disposal** |

Sheet   **10**   of   **11**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Green Grease Environmental**                                                ,      Case No. _____
                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wells on Wells**<br>**1617 N Wells**<br>**Chicago, IL 60614** | **contract for oil disposal** |
| **Whisk**<br>**2018 W Chicago Ave**<br>**Chicago, IL 60622** | **contract for oil disposal** |
| **Wills Northwoods Inn Inc**<br>**3030 N Racine Ave**<br>**Chicago, IL 60657** | **contract for oil disposal** |
| **Xs and Os Sports Lounge**<br>**6405 W. 127th Street**<br>**Palos Heights, IL 60463** | **contract for oil disposal** |
| **Xs and Os Sports Lounge-Bridgview**<br>**7801 W. 79th St.**<br>**Bridgeview, IL 60459** | **contract for oil disposal** |
| **Yangos Grill**<br>**2845 N Broadway St**<br>**Chicago, IL 60657** | **contract for oil disposal** |

Sheet   __11__   of   __11__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Green Grease Environmental**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Capital One Bank ( USA ) N.A.**<br>**Bankruptcy Notices**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **US Bank**<br>**Illinois-Chicago Indirect Lending**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **American Capital Financial Services**<br>**PO Box 790448**<br>**Saint Louis, MO 63139-0448** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **Douglas Komen**<br>**PMB 312**<br>**Rancho Santa Fe, CA 92067** |
| **Douglas Komen**<br>**PMB 312**<br>**Rancho Santa Fe, CA 92067** | **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** |
| **Green Grease Environmental Services**<br>**8916 S Octavia Ave.**<br>**Bridgeview, IL 60455**<br>  **Company formed to acquire GGE Inc. but never did** | **Verizon Wireless**<br>**Bankruptcy Dept.**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** |
| **Jean Paul Mack**<br>**8546 Gainesville Drive**<br>**Indianapolis, IN 46227** | **US Bank**<br>**Illinois-Chicago Indirect Lending**<br>**PO Box 790179**<br>**Saint Louis, MO 63179-0179** |

**0**
___ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Grease Environmental**                     Case No.   _____

                                        Debtor(s)           Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **28**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 25, 2015**                Signature   **/s/ Maureen Demma**

                                                 **Maureen Demma**
                                               **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Green Grease Environmental** _____   Case No. _____

Debtor(s)                                      Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$295,342.00** | **2015:** |
| **$344,162.00** | **2014:** |
| **$120,657.00** | **2013:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604**<br>    **President** | **Reimbursement of funds advanced for payroll.**<br><br>**July 8, 2015** | **$9,000.00** | **$0.00** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604**<br>    **President** | **Payments on unsecured line of credit** | **$27,200.48** | **$270,000.00** |
| **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | | **$8,851.83** | **$2,500.00** |
| **Tressler LLP**<br>**233 S. Wacker Dr., 22nd Flr.**<br>**Chicago, IL 60606** | | **$7,500.00** | **$35,500.00** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604**<br>    **President** | **Payments to reimburse**<br>**credit card transfer.** | **$10,700.00** | **$5,986.91** |
| | **1/14/2015** | | |
| | **1/6/2015** | | |
| | **1/15/2015** | | |
| | **2/13/2015** | | |
| | **3/13/2015** | | |
| | **4/13/2015** | | |
| | **5/13/2015** | | |
| | **6/12/2015** | | |
| | **7/13/2015** | | |
| | **8/13/2015** | | |
| | **9/11/2015** | | |
| | **9/9/2015** | | |
| | **10/1/2015** | | |
| | **10/30/2015** | | |
| | **11/2/2015** | | |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604**<br>    **President** | **Salary.** | **$21,000.00** | **$0.00** |
| | **3/16/2015** | | |
| | **3/16/2015** | | |
| | **4/3/2015** | | |
| | **4/13/2015** | | |
| | **4/24/2015** | | |
| | **5/15/2015** | | |
| | **6/1/2015** | | |
| | **6/29/2015** | | |
| | **7/14/2015** | | |
| | **8/27/2015** | | |
| | **9/14/2015** | | |
| | **11/2/2015** | | |
| | **11/5/2015** | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **4 CH 08174**<br>**Donahue v Demma et al** | **Civil** | **Circuit Court of Cook County** | **Pending** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd., Ste. 1710A**<br>**Chicago, IL 60604** | **12/31/14** | **See equipment described on Demma lease.**<br>**$128,346** |

B7 (Official Form 7) (04/13)                                                                                     4

---

**5.  Repossessions, foreclosures and returns**

None  ☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | | **300 Steel Park Kan bins, Moller plastic carts, and 55g drums**<br>**1 2002 International 4300 pumper truck**<br>**2 waste transfer pumps**<br>**1 Forklift**<br>**19,500 gallons of carbon fiber, steel, and polyurethane tanks**<br>**200 feet of black rubber hose**<br>**50+ 3" valves and connectors**<br>**30 foot pallet rack**<br>**pallet jack**<br>**misc. power and hand tools: screwdrivers; power drills & saws; hammer & mallet; pipe wrenches; bolt cutters; socket set; pressure washer; misc other tools** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | | **office furniture: 3 desks, 5 chairs, steel shelves**<br>**office computers: HP personal desktop, Samsung printer, Neat scanner**<br>**old computers and monitors no longer in use**<br><br>**Total value: $121,654.00** |

---

**6.  Assignments and receiverships**

None  ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None  ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                      5

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Golding Law Offices, P.C.**<br>**500 North Dearborn Street**<br>**Second Floor**<br>**Chicago, IL 60610-4900** | | **$20,000.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| ?<br>?<br>  ? | ? | **2008 SUV** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                6

## 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **300 Steel Park Kan bins, Moller plastic carts, and 55g drums**<br>**1 2002 International 4300 pumper truck**<br>**2 waste transfer pumps**<br>**1 Forklift**<br>**19,500 gallons of carbon fiber, steel, and polyurethane tanks**<br>**200 feet of black rubber hose**<br>**50+ 3" valves and connectors**<br>**30 foot pallet rack**<br>**pallet jack**<br>**misc. power and hand tools: screwdrivers; power drills & saws; hammer & mallet; pipe wrenches; bolt cutters; socket set; pressure washer; misc other tools** | **8916 S. Octavia, Bridgeview, IL** |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **office furniture: 3 desks, 5 chairs, steel shelves**<br>**office computers: HP personal desktop, Samsung printer, Neat scanner**<br><br>**old computers and monitors no longer in use** | |
| **Waste Oil Recyclers**<br>**PO Box 257**<br>**Modena, PA 19358** | **2003 Hino flatbed tuck**<br>**VIN JHBFB4JE831S11037**<br>**Also listed on Schedule B**<br>**Title held by WOR** | |
| **Anthony Demma**<br>**141 W. Jackson Blvd. Ste. 1710A**<br>**Chicago, IL 60604** | **CBF equipment: 30 Par Kan collection bins (28 x 200 gal; 2 x 100 gal)**<br>**$19,500.00** | |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                     NAME USED                                     DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                GOVERNMENTAL UNIT          NOTICE          LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                GOVERNMENTAL UNIT          NOTICE          LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)                                                                                                          8

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Michael S. Collins, CPA**<br>**Gassman & Associates**<br>**840 Heather Road**<br>**Deerfield, IL 60015** | **January 2012 to present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

B7 (Official Form 7) (04/13)                                                                                                          9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **American Capital Financial**<br>**PO Box 790448**<br>**Saint Louis, MO 63139-0448** | **May 2015** |

---

**20. Inventories**

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **October 2014** | **Anthony Demma** | |
| **October 2015** | **Anthony Demma** | **$14,000.00** |

None
☐
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **October 2014** | **Anthony Demma** |
| **October 2015** | **Maureen Demma**<br>**8916 S. Octavia**<br>**Bridgeview, IL 60455** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Maureen Demma**<br>**10 Ruffled Feathers**<br>**Lemont, IL 60439** | **President** | **100%** |
| **Mark Donahue**<br>**c/o Mark J. Bereyso & Assoc. P.C.**<br>**10 S. LaSalle St., Ste. 3300**<br>**Chicago, IL 60603** | | **no ownership interest, but claiming one** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 25, 2015**                Signature    **/s/ Maureen Demma**
                                                         **Maureen Demma**
                                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Green Grease Environmental**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 25, 2015**

**/s/ Richard N. Golding**
**Richard N. Golding 0992100**
**The Golding Law Offices, P.C.**
**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885   Fax: (312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Grease Environmental**                                              ,      Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Donahue**<br>**c/o Mark J. Bereyso & Assoc. P.C.**<br>**10 S. LaSalle St., Ste. 3300**<br>**Chicago, IL 60603** | **none** | **0** | **not vested** |
| **Maureen Demma**<br>**10 Ruffled Feathers**<br>**Lemont, IL 60439** | **A** | **100%** | **sole owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 25, 2015**_____        Signature  **/s/ Maureen Demma**_____

**Maureen Demma**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Green Grease Environmental__ _____   Case No. _____
                                   Debtor(s)        Chapter   __11__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  __152__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __November 25, 2015__ _____   __/s/ Maureen Demma__ _____
                                      __Maureen Demma__/__President__
                                      Signer/Title

7 Sandwich Shop
1053 Lake St
Oak Park, IL 60301


Abbey Pub & Restaurant
3420 W Grace St
Chicago, IL 60618


Acadia
1639 S Wabash Ave
Chicago, IL 60616


Adriatic Cafe
5553 N Clark St
Chicago, IL 60640


AFM Properties LLC
8908 S. Harlem Ave.
Bridgeview, IL 60455


Als Beef-Tinley Park
7132 183 Rd St
Tinley Park, IL 60477


American Capital Financial Services
PO Box 790448
Saint Louis, MO 63139-0448


American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


Ani
3056 N Lincoln Ave
Chicago, IL 60657


Anthony Demma
141 W. Jackson Blvd. Ste. 1710A
Chicago, IL 60604


Atwood Cafe
1 W. Washington
Chicago, IL 60602

Beer on Clark
3415 N Clark St
Chicago, IL 60657


Bernies Restaurant
6643 S Cicero Ave
Chicago, IL 60638


Black Rock Pub
3614 N Damen Ave
Chicago, IL 60618


Blackbird
619 W Randolph St
Chicago, IL 60661


Blackies
755 S Clark St
Chicago, IL 60605


Blue Frog Bar & Grill
676 N La Salle Dr
Chicago, IL 60654


Boiler Room
2210 N California Ave
Chicago, IL 60647


Boltwood
804 Davis St
Evanston, IL 60201


BRGR in Gladstone Park
5691 N Milwaukee Ave
Chicago, IL 60646


Cafe Touche
6731 N Northwest Hwy
Chicago, IL 60631


Calumet Country Club
P.O. Box 1039
Homewood, IL 60430

Capital One Bank ( USA ) N.A.
Bankruptcy Notices
PO Box 30285
Salt Lake City, UT 84130-0285


Champion Energy LLC
1500 Rankin Road
Suite 200
Houston, TX 77073


Chans King Wok
2836 S Wells St
Chicago, IL 60616


Chuck Wagon Inc
1120 Central Ave
Wilmette, IL 60091


Comcast
350 N Wolf Road
Mount Prospect, IL 60056


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


Congress Plaza Hotel
520 S. Michigan Ave
Chicago, IL 60605


Daddys Pizza
4242 W Fullerton Ave
Chicago, IL 60639


Dana Hotel and Spa
660 N State St
Chicago, IL 60654


Declans Irish Pub
1240 N Wells St
Chicago, IL 60610

Doreens Pizzeria
13201 S Baltimore Ave
Chicago, IL 60633


Doreens Pizzeria Dyer
726 Joliet St.
Dyer, IN 46311


Douglas Komen
PMB 312
Rancho Santa Fe, CA 92067


Downers Grove Sanitary District
2710 Curtiss St.
PO Box 1412
Downers Grove, IL 60515-0703


Dragon Inn
2057 Ridge Road
Homewood, IL 60430


Dry Hop
3155 N. Broadway
Chicago, IL 60657


Dugout
950 W. Addison
Chicago, IL 60613


Durbins of Burbank
29 A Lucus Dr.
Palos Hills, IL 60465


Durbins of Evergreen Park
29 A Lucus Dr.
Palos Hills, IL 60465


Durbins of Frankfort
29 A Lucus Dr.
Palos Hills, IL 60465


Durbins of Midlothian
29 A Lucus Dr.
Palos Hills, IL 60465

Durbins of Palos Hills
29 A Lucus Dr.
Palos Hills, IL 60465


Far East Kitchen
6966 N Glenwood Ave
Chicago, IL 60626


Farmhouse Evanston
703 Church St.
Evanston, IL 60201


Ferris and Jack
166 E. Superior
Chicago, IL 60611


Flub A Dub Chub
3021 N. Broadway
Chicago, IL 60657


Fondue Stube
2717 W Peterson Ave
Chicago, IL 60659


Ford Motor
38755 Hills Tech Drive
Farmington, MI 48331


Frontier
1072 N. Milwaukee
Chicago, IL 60642


Fungs Chinese Mandarin
1343 W. Morse Ave
Chicago, IL 60626


Gamekeepers Tavern & Grill
1935 N. Lincoln
Chicago, IL 60614


Glenwood Oaks
106 N Main St
Glenwood, IL 60425

Go Bananas
4516 N. Harlem Ave.
Chicago, IL 60607

Golden Bear Restaurant
12001 S Cicero Ave
Alsip, IL 60803

Gordo Sales, Inc.
2262 E 2150 N
Layton, UT 84040

Grand River Bar & Grill
3032 N Lincoln Ave
Chicago, IL 60657

Grill and Garden
5318 N Broadway St
Chicago, IL 60640

GTs Fast Food
5016 N Pulaski Rd
Chicago, IL 60630

Hash
1357 N. Western Ave.
Chicago, IL 60622

Hotel Monaco / Southwater Kitchen
225 N Wabash Ave
Chicago, IL 60601

HQ
4114 N Kedzie Ave
Chicago, IL 60618

Jean Paul Mack
8546 Gainesville Drive
Indianapolis, IN 46227

Kaiser Tiger
1415 W. Randolph St.
Chicago, IL 60601

Kinderhook Tap Llc
800 S Oak Park Ave
Oak Park, IL 60304


Kingston Mines
2548 N Halsted St
Chicago, IL 60614


Krapils The Great Steak
6600 W 111Th St Ste 2
Worth, IL 60482


Lans Old Town
1507 N. Sedwick
Chicago, IL 60610


Leadbelly Portage Park
5739 Irving Park
Chicago, IL 60634


Lees Wok
1437 W Montrose Ave
Chicago, IL 60613


Limelight Catering
2000 N. Racine
Chicago, IL 60614


Lions Den Eatery
4203 W Cermac
Chicago, IL 60623


Local Option Inc
1102 W Webster Ave Ste 1
Chicago, IL 60614


Lotties Pub
1925 W Cortland St
Chicago, IL 60622


Lula Cafe
2537 N Kedzie Blvd
Chicago, IL 60647

Main Street Exchange Pizza Bar and
25346 Dixie Hwy
Crete, IL 60417


Mark Donahue
c/o Mark J. Bereyso & Assoc. P.C.
10 S. LaSalle St., Ste. 3300
Chicago, IL 60603


McCormick
2301 S. Lake Shore Drive
Chicago, IL 60616


McGills Bar and Grill
4553 N Pulaski
Chicago, IL 60630


Melrose Park Fire Dept Lake Street
3601 W. Lake St.
Melrose Park, IL 60160


Melrose Park Fire Dept N 15st St 2
1968 N. 15th Ave.
Melrose Park, IL 60160


Merchandise Mart
350 West Mart Center Drive
Chicago, IL 60654


Mojo
2958 W Irving Park Rd
Chicago, IL 60618


Mollies Public House
31 Forest Ave.
Riverside, IL 60546


Monks Pub
205 W Lake St
Chicago, IL 60606


Mott Street
1401 N Ashland Ave
Chicago, IL 60622

New Pig
1 Pork Ave.
Tipton, PA 16684-0304


Nicks Restaurant
1168 Wilmette Ave
Wilmette, IL 60091


Ohare Airport Terminal 5
10000 West O'Hare Avenue
Chicago, IL 60666


Old 5th
1027 W. Madison
Chicago, IL 60607


Old Town Saloon Bar
1208 N. Wells St.
Chicago, IL 60610


Osteria Langhe
2824 W Armitage Ave
Chicago, IL 60647


Paddy Longs
1028 W. Diversey
Chicago, IL 60614


Parts and Labor
2700 N Milwaukee Ave
Chicago, IL 60647


Peaceful New Beginnings
345 S. Cicero
Chicago, IL 60644


Pita Heaven
1676 W Ogden
Chicago, IL 60612


Prairie Green at Fays Point
1546 W Water St
Blue Island, IL 60406

Prasino
93 S La Grange Rd
La Grange, IL 60525


Quick Bite
5155 N Western Ave
Chicago, IL 60625


Range
1119 W Webster Ave
Chicago, IL 60614


Red Lion Pub
2446 N Lincoln
Chicago, IL 60614


Richs Pizza Joint
7020 183Rd St
Tinley Park, IL 60477


Ridgemoor Country Club
6601 W Gunnison St
Harwood Heights, IL 60706


Schneider Electric
1415 S. Roselle Rd
Palatine, IL 60067


Schwa Restaurant
1466 N Ashland Ave
Chicago, IL 60622


Scofflaw
3201 W Armitage Ave
Chicago, IL 60647


Scrementi's Italian Grill
9716 191st
Mokena, IL 60448


Sedgwicks Bar & Grill
1935 N Sedgwick St
Chicago, IL 60614

ServiceMax
490 W North Frontage Road
Bolingbrook, IL 60440


Shamrock Club Inc
210 W Kinzie St Fl 1
Chicago, IL 60654


Silliker
3600 Eagle Nest Drive
Crete, IL 60417


Six Corners Bistro
3930 N Cicero
Chicago, IL 60641


Smoked on Rose
3531 Rose Street
Franklin Park, IL 60131


Speedway
PO Box 1590
Springfield, OH 45501


State Street Restaurant
1118 S. State Street
Lockport, IL 60441


Sushi Naniwa Inc
607 N Wells St
Chicago, IL 60654


T2P LLC
PO Box 257
Modena, PA 19358


Tequila Restaurante
370 Joliet Rd
Dyer, IN 46311


The Dock
7103 N Birchwood
Niles, IL 60714

The Dog Joint
350 W. Armitage
Chicago, IL 60614


The Garage
116 N Aberdeen
Chicago, IL 60607


The Junction Diner
7401 W Madison St
Forest Park, IL 60130


The Mercy Circle
3659 W 99th St
Chicago, IL 60655


The Original Mr Beef/Orland Park In
12320 W 143Rd St
Homer Glen, IL 60491


The Pony
1638 W. Belmont
Chicago, IL 60657


The Radler
2375 N Milwaukee
Chicago, IL 60647


Three Harmony Restaurant
4546 N Magnolia Ave
Chicago, IL 60640


Todd Galpin
1332 Lucile Ave.
Los Angeles, CA 90026


Township
2200 N. California
Chicago, IL 60647


Tressler LLP
233 S. Wacker Dr., 22nd Flr.
Chicago, IL 60606

Tsukiji Fish Market
1156 W Grand Ave
Chicago, IL 60642


Umami Sushi
4626 N. Cumberland
Chicago, IL 60656


Uncommon Ground (Wrigley)
3800 N Clark
Chicago, IL 60613


US Bank
Illinois-Chicago Indirect Lending
PO Box 790179
Saint Louis, MO 63179-0179


Van Phat Chinese Restaurant
2750 N Kimball Ave
Chicago, IL 60647


Verizon Wireless
Bankruptcy Dept.
P.O. Box 3397
Bloomington, IL 61702


VN Tofu and Fast Food
1024 W Argyle St
Chicago, IL 60640


Walts Food Centers Beecher
330 W. Taft
South Holland, IL 60473


Walts Food Centers Crete
330 W. Taft
South Holland, IL 60473


Walts Food Centers Dyer
330 W. Taft
South Holland, IL 60473


Walts Food Centers Frankfort
330 W. Taft
South Holland, IL 60473

Walts Food Centers Homewood
330 W. Taft
South Holland, IL 60473


Walts Food Centers South Holland
330 W. Taft
South Holland, IL 60473


Walts Food Centers Tinley Park
330 W. Taft
South Holland, IL 60473


Waste Oil Recyclers
PO Box 257
Modena, PA 19358


Wells on Wells
1617 N Wells
Chicago, IL 60614


Whisk
2018 W Chicago Ave
Chicago, IL 60622


Wills Northwoods Inn Inc
3030 N Racine Ave
Chicago, IL 60657


Xs and Os Sports Lounge
6405 W. 127th Street
Palos Heights, IL 60463


Xs and Os Sports Lounge-Bridgview
7801 W. 79th St.
Bridgeview, IL 60459


Yangos Grill
2845 N Broadway St
Chicago, IL 60657

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Grease Environmental**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Green Grease Environmental**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 25, 2015**

Date

**/s/ Richard N. Golding**

**Richard N. Golding 0992100**

Signature of Attorney or Litigant

Counsel for    **Green Grease Environmental**

**The Golding Law Offices, P.C.**

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885 Fax:(312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**