UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15bk40236 |
| GREEN GREASE ) | |
| ENVIRONMENTAL ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JONATHAN D. GOLDING, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 33,133.26 | TOTAL COSTS REQUESTED: | $ 1,964.66 |
| TOTAL FEES REDUCED: | $ 3,506.64 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 29,626.62 | TOTAL COSTS ALLOWED: | $ 1,964.66 |

**TOTAL FEES AND COSTS ALLOWED: $ 31,591.28**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)   Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 1,127.78**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, counsel did not use tenths of an hour—sometimes using what appeared to be quarter hour increments and repeatedly billed an hour for almost every court appearance. This is not properly time increments for billing.

**(2)   Insufficient Description – TOTAL of disallowed amounts: $ 1,272.28**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation

of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As this court has repeatedly told counsel, "attention to" does not describe the work actually performed.

**(3)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 756.58**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(4)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 350.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

In this case, counsel had a duplicate time entry of the previous entry.

Dated: November 15 , 2016

_____
Timothy A. Barnes
United States Bankruptcy Judge

# The Golding Law Offices, P.C.

Invoice submitted to:
**Green Grease environmental Inc,**

The Boyce Building
500 North Dearborn Street
Second Floor
Chicago, IL  60654
(312) 832-7885
Fax: (312) 755-5720
E-Mail: rgolding@goldinglaw.net

October 25, 2016

**Invoice # 10225**

## Charges for Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **C11 General** | | | |
| 01/05/16 RNG | conference to prepare for 341 meeting (with JDG and Maureen Demma | 0.58  $450.00/hr | 262.50 |
| (1) Improper Time Increments | | | |
| 01/07/16 RNG | Preparation for and attendance at 341 meeting. Confer with client. | 1.00  $450.00/hr | 450.00 |
| 01/19/16 RNG | attention to file and withdrawing reference on pending litigation and reviewing rules for reemoval, etc. | 1.20  $450.00/hr | 540.00 |
| (2) Insufficient Description | | | |
| 03/08/16 RNG | attend meeting with client on outlining plan and related matters. | 1.50  $450.00/hr | 675.00 |
| 04/12/16 RNG | conference with client on Chap 11 Plan contents and strategy | 2.00  $450.00/hr | 900.00 |
| 08/09/16 RNG | multiple calls with TD regarding incident with adversary defendant and possible need for action in bk court and discuss and analyze possible state court acttionand arrange referral on state court actions | 3.17  $450.00/hr | 1,425.00 |
| (1) Improper Time Increments | | | |
| 09/07/16 RNG | attend confirmation hearing | 1.00  $450.00/hr | 450.00 |
| (1) Improper Time Increments | | | |
| 12/08/15 JDG | Preparation for and attendance at IDI and office conference with client to review procedures and discuss strtegy for reorganization plan and deeling with Donahue issue. | 2.42  $350.00/hr | 845.83 |
| (1) Improper Time Increments | | | |
| 12/30/15 JDG | Prepare, file & serve motion to employ GLO. | 1.80  $350.00/hr | 630.00 |
| 01/05/16 JDG | Conference with client to prepare for 341 meeting with RNG and Demma | 1.50  $350.00/hr | 525.00 |
| JDG | Amend schedules and SOFA, calls and emails with client re same. | 0.90  $350.00/hr | 315.00 |
| 01/06/16 JDG | Draft and file motion to continue using prepetition bank account, amendments to schedules and SOFA. Emails with AD. | 0.90  $350.00/hr | 315.00 |
| (3) Lumping | | | |
| 01/08/16 JDG | Emails with AD. Review books & records for reporting. | 0.50  $350.00/hr | 175.00 |
| 01/13/16 JDG | Preparation for and appearance at court on motion to continue using prepetition bank account and motion to employ. | 1.00  $350.00/hr | 350.00 |
| (1) Improper Time Increments | | | |
| 01/19/16 JDG | Emails with AD re MORs. | 0.20  $350.00/hr | 70.00 |

**Green Grease environmental Inc,**                           October 25, 2016         Page    2

                                                                                Invoice # 10225

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 01/21/16 JDG | Emails with AD re MORs. Review files from client. | 0.50 $350.00/hr | 175.00 |
| 01/22/16 JDG | Emails with AD re MORs. Review files from client. | 0.40 $350.00/hr | 140.00 |
| 01/23/16 JDG | Emails with AD re MORs. Review files from client. | 0.50 $350.00/hr | 175.00 |
| 01/25/16 JDG | Review and file MORs | 0.30 $350.00/hr | 105.00 |
| 02/10/16 JDG | Emails with AD re MORs. | 0.20 $350.00/hr | 70.00 |
| 03/10/16 JDG | Emails with AD re claims. | 0.20 $350.00/hr | 70.00 |
| 03/14/16 JDG | Emails with AD re claims. | 0.30 $350.00/hr | 105.00 |
| 03/22/16 JDG | Review and file MOR | 0.20 $350.00/hr | 70.00 |
| 04/05/16 JDG | Emails with AD. Review books & records for plan. | 0.50 $350.00/hr | 175.00 |
| 04/06/16 JDG | Emails with AD. Review books & records for plan. | 0.40 $350.00/hr | 140.00 |
| 04/08/16 JDG | Draft file serve motion to set claims bar date. | 1.00 $350.00/hr | 350.00 |
| 04/21/16 JDG | Review and file MOR | 0.20 $350.00/hr | 70.00 |
| 05/24/16 JDG | Review and file MOR | 0.20 $350.00/hr | 70.00 |
| 06/07/16 JDG | Review and file MOR | 0.20 $350.00/hr | 70.00 |
| <u>06/21/16 JDG</u> <br>(1) Improper Time Increments | <u>Preparation for and attendance at court on status.</u> | <u>1.00</u> <u>$350.00/hr</u> | <u>350.00</u> |
| <u>07/06/16 JDG</u> <br>(1) Improper Time Increments | <u>Preparation for and attendance at court on status.</u> | <u>1.00</u> <u>$350.00/hr</u> | <u>350.00</u> |
| 07/21/16 JDG | Review and file MOR | 0.20 $350.00/hr | 70.00 |
|  | SUBTOTAL: | [ 26.97 | 10,483.33] |

                C11 pre-filing

| <u>10/20/15 RNG</u> <br>(3) Lumping | <u>conference with client and follow up attention to file and telephone conference with clients on strategy and ongoing state court litigation and advice regarding filing a Chapter 11</u> | <u>3.00</u> <u>$450.00/hr</u> | <u>1,350.00</u> |
|---|---|---|---|
| <u>10/30/15 JDG</u> <br>(1) Improper Time Increments | <u>Prepare C11 petition</u> | <u>2.34</u> <u>$350.00/hr</u> | <u>820.07</u> |
| <u>11/02/15 JDG</u> <br>(1) Improper Time Increments | <u>Prepare C11 petition. Call with T Demma and client</u> | <u>1.18</u> <u>$350.00/hr</u> | <u>411.74</u> |
| <u>11/06/15 JDG</u> <br>(1) Improper Time Increments | <u>Prepare schedules.</u> | <u>2.01</u> <u>$350.00/hr</u> | <u>705.06</u> |
| <u>11/09/15 JDG</u> <br>(1) Improper Time Increments | <u>Prepare schedules.</u> | <u>1.18</u> <u>$350.00/hr</u> | <u>414.65</u> |

**Green Grease environmental Inc,**                                   October 25, 2016                Page    3

Invoice # 10225

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/12/15 JDG | Call with A Demma and M demma re updates to schedules. | 1.12 $350.00/hr | 391.61 |
| (1) Improper Time Increments | | | |
| 11/13/15 JDG | Prepare schedules. | 1.40 $350.00/hr | 490.00 |
| 11/18/15 JDG | | 1.16 $350.00/hr | 405.61 |
| (2) Insufficient Description | | | |
| 11/19/15 JDG | Emails with TD re income totals. Research gross income definition. | 0.55 $350.00/hr | 191.72 |
| (1) Improper Time Increments | | | |
| 11/24/15 JDG | Draft letter to customers. Revise petition and schedules. Confer with AD. | 1.63 $350.00/hr | 571.28 |
| (1) Improper Time Increments | | | |
| 11/25/15 JDG | File petition. Emails and call with client re same. | 0.30 $350.00/hr | 105.00 |
| SUBTOTAL: | | [ 15.87 | 5,856.74] |

Donahue

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/20/15 RNG | multiple telephone conferences with attorney for Donahue in attempt to resolve or settle state court litigation prior to filing and multiple telephone with clients on same and telephone with attorney for other defenents on same. | 1.88 $450.00/hr | 847.50 |
| (3) Lumping | | | |
| 12/14/15 RNG | telephone with attorney for other defenent regarding strategy to deal with litigation and Chapter 11. | 0.33 $450.00/hr | 150.00 |
| (1) Improper Time Increments | | | |
| 02/11/16 RNG | attention to removal of state court action and review procedures removaing reference and send notice to opposing attorney and tel. conf. with him regarding settlement and review law related to equity interests as opposed to creditor interests. | 2.25 $450.00/hr | 1,012.50 |
| (3) Lumping | | | |
| 05/26/16 RNG | conference with TDemma on Donahue issues raised related to Donahue claim and telephone with other counsel on same and determine strategy on same related to plan and confirmation | 2.00 $450.00/hr | 900.00 |
| (3) Lumping | | | |
| 01/13/16 JDG | Emails with AD re Donahue matter. | 0.30 $350.00/hr | 105.00 |
| 01/14/16 JDG | Emails with AD re Donahue matter. | 0.20 $350.00/hr | 70.00 |
| 02/09/16 JDG | Emails with AD re Donahue matter. | 0.40 $350.00/hr | 140.00 |
| 02/12/16 JDG | filing notice of removal | 0.47 $350.00/hr | 166.15 |
| (1) Improper Time Increments | | | |
| 02/16/16 JDG | Emails with AD re Donahue matter. | 0.30 $350.00/hr | 105.00 |
| 03/04/16 JDG | Assemble Donahue documents at Clerk of Cook County Court | 2.00 $350.00/hr | 700.00 |
| 07/01/16 JDG | Calls and emails with AD re Donahue arrest. | 0.40 $350.00/hr | 140.00 |
| 08/10/16 JDG | Calls and emails with AD re Donahue arrest. | 0.50 $350.00/hr | 175.00 |
| SUBTOTAL: | | [ 11.03 | 4,511.15] |

**Green Grease environmental Inc,**  October 25, 2016   Page   4

Invoice # 10225

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Plan & Disclosure Statement | | | |
| 05/23/16 RNG | review revisions of plan and research issues related to non principal secured creditor becoming sole equity holder and conf with JDG and TD on same | | 2.22 $450.00/hr | 997.50 |
| (3) Lumping | | | | |
| 08/18/16 RNG | telephone with attorney for creditor on P&D votes and related issues and relay same to JDG and review schedule and proofs of claims | | 0.72 $450.00/hr | 322.50 |
| (3) Lumping | | | | |
| 09/06/16 RNG | prepare for confirmation hearing and review issue with regard to Disclosure Statement and need to do ad.with JDG | | 0.50 $450.00/hr | 225.00 |
| 09/08/16 RNG | prepare ad for publication on equity | | 0.67 $450.00/hr | 300.00 |
| (1) Improper Time Increments | | | | |
| 09/23/16 RNG | receipt of ad confirmation and draft documents for filing of same and transmit invoice for payment to client | | 1.00 $450.00/hr | 450.00 |
| (3) Lumping | | | | |
| 09/28/16 RNG | attend hearing on confirmation and prepare letter to client on same.. | | 1.50 $450.00/hr | 675.00 |
| 03/22/16 JDG | Emails with AD re plan. | | 0.50 $350.00/hr | 175.00 |
| 03/23/16 JDG | Emails with AD re plan. | | 0.50 $350.00/hr | 175.00 |
| JDG | Call and Emails with AD re plan. | | 1.00 $350.00/hr | 350.00 |
| 03/30/16 JDG | Review draft projections and narrative. Multiple calls with AD to discuss, and review with RNG | | 2.92 $350.00/hr | 1,020.83 |
| (3) Lumping | | | | |
| 04/08/16 JDG | Draft plan. | | 1.67 $350.00/hr | 583.33 |
| (1) Improper Time Increments | | | | |
| 04/12/16 JDG | Emails with AD. Review books & records for plan. | | 0.30 $350.00/hr | 105.00 |
| 04/13/16 JDG | Preparation for and attendance at court on status and motion to set claims bar date. | | 1.00 $350.00/hr | 350.00 |
| (1) Improper Time Increments | | | | |
| JDG | Preparation for and attendance at court on status and motion to set claims bar date. | | 1.00 $350.00/hr | 350.00 |
| (4) Duplicate Entry | | | | |
| 04/15/16 JDG | Serve notice of bar date, draft and file certificate of service. | | 0.60 $350.00/hr | 210.00 |
| 04/18/16 JDG | Attention to insider claims matters. Emails with AD. | | 0.60 $350.00/hr | 210.00 |
| (2) Insufficient Description | | | | |
| 05/18/16 JDG | Draft plan & disclosure statement. Calls with AD re same. | | 4.00 $350.00/hr | 1,400.00 |
| 05/23/16 JDG | Emails with AD re claims, classes. Revise P&DS. | | 0.60 $350.00/hr | 210.00 |
| (3) Lumping | | | | |
| 05/24/16 JDG | revise plan & ds. Emails with AD. | | 2.73 $350.00/hr | 956.38 |
| (1) Improper Time Increments | | | | |
| 05/25/16 JDG | revise & file plan & ds. Emails with AD. | | 2.30 $350.00/hr | 805.68 |
| 06/01/16 JDG | Preparation for and attendance at court on plan status. | | 1.00 $350.00/hr | 350.00 |
| (1) Improper Time Increments | | | | |
| 06/16/16 JDG | Emails with AD re UST and plan status. | | 0.30 $350.00/hr | 105.00 |
| 07/14/16 JDG | Attention to ballot prep | | 0.33 $350.00/hr | 116.67 |
| (2) Insufficient Description | | | | |

**Green Grease environmental Inc,**          October 25, 2016      Page   5

Invoice # 10225

| Date | Tkpr | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 07/15/16 | JDG | Prepare and serve ballots and plan packages. | 2.00 $350.00/hr | 700.00 |
| 07/29/16 | JDG | Prepare and send digital ballots to client. | 0.20 $350.00/hr | 71.65 |
| 08/01/16 | JDG | Emails with AD re ballot status. | 0.30 $350.00/hr | 105.00 |
| 08/15/16 | JDG | File ballots. Call with AD re confirmation. | 0.40 $350.00/hr | 140.00 |
| (3) Lumping | | | | |
| 08/18/16 | JDG | Review docket. Draft and file ballot report. | 0.50 $350.00/hr | 175.00 |
| 09/06/16 | JDG | Confirmation preparation. Call with client. Draft declaration. | 1.75 $350.00/hr | 612.50 |
| (1) Improper Time Increments | | | | |
| 09/28/16 | JDG | Emails with AD re confirmation. | 0.10 $350.00/hr | 35.00 |

    SUBTOTAL:      [ 33.21     12,282.04]

    Total for Professional Services      87.08     $33,133.26

## Disbursements on Behalf of Client

C11 General

| 01/06/16 | amendments to schedules D&G | 30.00 |
|---|---|---|

    SUBTOTAL:      [    30.00]

C11 pre-filing

| 11/25/15 | C11 filing fee | 1,717.00 |
|---|---|---|

    SUBTOTAL:      [ 1,717.00]

Donahue

| 02/12/16 | E-filing notice of removal | 3.95 |
|---|---|---|
| 03/04/16 | Cook County Clerk file printing | 213.71 |

    SUBTOTAL:      [   217.66]

    Total Disbursements      $1,964.66

    Total for Professional Services      87.08     $35,097.92

    TOTAL AMOUNT OF THIS BILL      $35,097.92

8/24/2015 Payment - Thank You. Check No. 10180      ($20,000.00)

    Total Payments and Adjustments      ($20,000.00)

**Green Grease environmental Inc,**  October 25, 2016  **Page** 6

Invoice # 10225

| | Amount |
|---|---:|
| **BALANCE DUE** | $15,097.92 |