UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-40236
GREEN GREASE ENVIRONMENTAL )
)  Chapter: 11
)
)  Honorable Timothy Barnes
)
)
Debtor(s) )

## FINAL DECREE CLOSING CASE

      THIS CAUSE coming forth upon Motion of Green Grease Environmental, LLC, for Entry of a Final Decree Closing Case (the "Motion"); this Court having jurisdiction over this matter and the Plan of Reorganization [Docket No. 31] (the "Plan") of Green Grease Environmental, L.L.C. (the "Reorganized Debtor"), pursuant to 28 U.S.C. § 1334; it appearing that this is a core proceeding pursuant to 28 US.C. § 157(b)(2); due notice having been given, now therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.
2. The above-captioned chapter 11 case is hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this order.
3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.
4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the terms of this order shall be effective immediately.
5. The Reorganized Debtor shall pay all outstanding United States Trustee fees by October 21, 2017.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 26, 2017

**Prepared by:**

Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net